**KALASHNIKOV**

v.

**LBR CMM**

20160348

Supreme Court of Utah.

06/30/2016

20160006
Petition for Writ of Certiorari Denied.

**PETERSON**

v.

**LBR CMM**

20160361

Supreme Court of Utah.

06/15/2016

20141063
Petition for Writ of Certiorari Denied.

**EXPRESS RECOVERY**

v.

**RE**

20160113
20141032

Supreme Court of Utah.

06/10/2016

364 P.3d 766
Petition for Writ of Certiorari Denied.

**BRYNER**

v.

**GUNDRY**

20160303
20150966

Supreme Court of Utah.

06/30/2016

Petition for Writ of Certiorari Denied.

**STATE**

v.

**MERONK**

20160174
20140816

Supreme Court of Utah.

06/09/2016

Petition for Writ of Certiorari Denied.